JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Ricky Lee Griffitts ;
1 Citizen of This State;
**County of Residence:** Greene County

**Defendant(s):**

First Listed Defendant:
BNSF Railway Company ;
5 Incorporated and Principal Place of Business in Another State; Texas
**County of Residence:** Outside This District

Additional Defendants(s):
Old Republic Insurance Company ;
5 Incorporated and Principal Place of Business in Another State; Pennsylvania

James M. Campbell ;
2 Citizen of Another State; Georgia

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**

James E. Corbett (Ricky Griffitts)
Corbett Law Firm, P.C.
2015 East Phelps Street
Springfield, Missouri 65802
**Phone:** 417.866.6665
**Fax:** 417.866.6699
**Email:** jcorbett@corbettlawfirm.com

**Defendant's Attorney(s):**

Laurel E. Stevenson ( BNSF Railway Company)
Lathrop & Gage LLP
910 E. St. Louis Street, Suite 100
Springfield, Missouri 65806
**Phone:** 417.886.2000
**Fax:** 417.886.9126
**Email:** lstevenson@lathropgage.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** 1 Citizen of This State

**Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

**State Removal County:** Greene County

**State Removal Case Number:** 1331-CC00421

**Nature of Suit:** 190 All Other Contract Actions

Case 6:13-cv-03126-DW   Document 1-1   Filed 03/29/13   Page 1 of 2

**Cause of Action:** 28 U.S.C. Sections 1332 and 1441; diversity of parties involving a contract dispute

**Requested in Complaint**

   **Class Action:**  Not filed as a Class Action

   **Monetary Demand (in Thousands):**

   **Jury Demand:**  No

   **Related Cases:**  RELATED to case number 6:12-cv-03555-DW, assigned to Judge Whipple

---

**Signature:** /s/ Laurel E. Stevenson

**Date:**  3-29-13

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

Case 6:13-cv-03126-DW   Document 1-1   Filed 03/29/13   Page 2 of 2